**CASE CLOSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL SCHWARTZ, | ) |
| Plaintiff | ) |
| v. | ) Case No.: 2:16-cv-04051-MCA-LDW |
| SUNRISE CREDIT SERVICE, INC., | ) |
| Defendant | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: August 17, 2016

BY: /s/ *Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 167
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

SO ORDERED

8/23/16

Madeline Cox Arleo, U.S.D.J.